No. 96–306.   METROPOLITAN LIFE INSURANCE CO. v. ROBERTSON-CECO CORP.; and

No. 96–472. ROBERTSON-CECO CORP. *v.* METROPOLITAN LIFE INSURANCE CO. C. A. 2d Cir. Certiorari denied. Reported below: 84 F. 3d 560.